THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL TROWBRIDGE,

                Plaintiff,

      v.

NALCO COMPANY,

                Defendant.

No. C08-5137 RJB

JOINT STATUS REPORT AND
DISCOVERY PLAN

Pursuant to this Court's March 7, 2008 Order, Plaintiff Russell Trowbridge and Defendant Nalco Company hereby submit this Joint Status Report and Discovery Plan.

**1.    Nature and Complexity of the Case**

Plaintiff is a former employee of Defendant Nalco Company. Plaintiff states that this is an action under the Washington State Wage and Hour statues RCW 49.46, *et seq.* and RCW 49.48, *et seq.*, and the Washington common law to correct unlawful employment practices on the basis of retaliation for his opposition to the violation of his rights and the unlawful withholding of his wages and to provide appropriate relief to Plaintiff Russell Trowbridge, an employee who was adversely affected by such practices. Plaintiff seeks a declaratory judgment, equitable relief, money damages and to provide appropriate relief.

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700

Defendant denies any allegation of liability and denies that Plaintiff is entitled to any relief or damages.

**2.    Alternative Dispute Resolution**

The Parties have agreed to Mediation under the Court's rules, to be completed by the close of discovery or earlier as agreed to by the Parties.

**3.    Mediation Date**

The Parties will complete Mediation no later than May 15, 2009 (which is the proposed discovery cut-off date).

**4.    Possible Joinder of Additional Parties**

The proposed deadline for joinder of additional parties is February 16, 2009.

**5.    Proposed Discovery Plan**

**A.    Fed. R. Civ. P. 26(f) Conference Date and Fed. R. Civ. P. 26(a) Initial Disclosures Date**

The Parties conducted their Fed. R. Civ. P. 26(f) conference on May 20, 2008.  The Parties made their Initial Disclosures, as required by Fed. R. Civ. P. 26(a), on May 29, 2008.

**B.    Discovery Subjects and Conduct of Discovery**

The Parties anticipate conducting discovery on all maters raised in the pleadings. At the present time, the Parties are not aware of any benefit to conducting discovery in phases or limiting discovery to particular issues.  The Parties propose the discovery cut-off in this case be May 15, 2009.

The parties, of course, will endeavor to fully cooperate in scheduling all discovery to be conducted in good faith and as necessary.

**C.    Changes in the Limitations on Discovery and Other Limitations**

The parties do not anticipate any changes to the Federal Rules of Civil Procedure or the Local Rules.

**D.    Discovery Management**

The Parties intend to undertake formal discovery. To the extent reasonable, however, the Parties will attempt to minimize expense by propounding only discovery which is necessary to the case and

**THE BLANKENSHIP LAW FIRM, P.S.**
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700

exchanging information informally when possible.

    **E.    Additional Orders Under Fed. R. Civ. P. 26(c) or Under Local Rule CR 16(b) and (c)**

    The parties will/or have already filed or stipulated to a protective order to protect confidential information from disclosure outside this litigation.

**6.    Discovery Cut-off**

    The Parties propose the discovery cut-off in this case be May 15, 2009.

**7.    Magistrate Judge**

    The Parties do not consent to a Magistrate Judge at this time.

**8.    Bifurcation**

    The parties do not believe bifurcation of the case is necessary.

**9.    Pretrial Statements and Orders Called for by Local Rules CR 16(e), (h), (i), and (l), and 16.1**

    The Parties do not believe the Court's pretrial rules should be dispensed with.

**10.    Shortening or Simplifying Case**

    Not at the present time.

**11.    Trial Date**

    The Parties suggest the Court set a trial date of August 17, 2009.

**12.    Jury Trial**

    Plaintiff has requested a jury trial.

**13.    Length of Trial**

    The Parties anticipate that the time necessary for trial will be 7 court days.

**14.    Trial Counsel**

| Plaintiff: | Defendant: |
|---|---|
| Scot C. G Blankenship, Esq. | Jeffrey B. Youmans, Esq. |
| Nazik S. H. Youssef, Esq. | Courtney E. Mertes, Esq. |
| The Blankenship Law Firm, PS 1201 | Davis Wright Tremaine LLP |
| Third Avenue, Suite 2880 | 1201 Third Avenue, Suite 2200 |
| Seattle, Washington 98101 | Seattle, Washington 98101-3045 |
| Phone: 206-343-2700 | Phone: (206) 622-3150 |
| Fax: (206) 343-2704 | Fax: (206) 757-7700 |

JOINT STATUS REPORT AND DISCOVERY PLAN (Cause No. C08-5137 RJB)
Page 3

**THE BLANKENSHIP LAW FIRM, P.S.**
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700

**15.    Service**

Defendant has been served via its registered agent.

**16.    Scheduling Conferences Prior to Scheduling Order**

If the Court adopts the schedule requested herein, the Parties do not believe a scheduling conference is necessary. If, however, the Court believes a different schedule is appropriate, then the Parties request a scheduling conference with the Court.

DATED this 5th day of June, 2008.

THE BLANKENSHIP LAW FIRM, P.S.


By:   /s/ Scott C. G. Blankenship
        Scott C. G. Blankenship, WSBA No. 21431
        Nazik S. H. Youssef, WSBA No. 39762
        The Blankenship Law Firm, P.S.
        1201 Third Avenue, Suite 2880
        Seattle, WA 98101
        Telephone: (206) 343-2700
        Fax: (206) 343-2704
        Email:    sblankenship@blankenshiplawfirm.com
                     nyoussef@blankenshiplawfirm.com
Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP


By:   /s/ Jeffrey B. Youmans
        Jeffrey B. Youmans, Esq.
        Courtney E. Mertes, Esq.
        Davis Wright Tremaine LLP
        1201 Third Avenue, Suite 2200
        Seattle, Washington 98101-3045
        Phone:    (206) 622-3150
        Fax:       (206) 757-7700
        Email:    jeffreyyoumans@dwt.com
                     courtneymertes@dwt.com
Attorneys for Defendant

JOINT STATUS REPORT AND DISCOVERY PLAN (Cause No. C08-5137 RJB)
Page 4

**THE BLANKENSHIP LAW FIRM, P.S.**
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

# **DECLARATION OF SERVICE**

The undersigned hereby declares under penalty of perjury under the laws of the State of

Washington that, on the below date, I mailed or caused delivery and/or electronically filed a true copy of

this document, which will send notification of such filing, to the following persons:

Jeffrey B. Youmans, Esq., WSBA No. 26604
jeffreyyoumans@dwt.com
Courtney E. Mertes, Esq., WSBA No. 38336
courtneymertes@dwt.com
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 622-3150
Fax:    (206) 757-7700

*Attorney for Defendant*

at their regular offices.


DATED this 5th day of June, 2008, at Seattle, Washington.


/s/Scott C.G. Blankenship
Scott C. G. Blankenship, WSBA No. 21431
The Blankenship Law Firm, P.S.
1201 Third Avenue, Suite 2880
Seattle, WA 98101
Telephone: (206) 343-2700
Fax: (206) 343-2704
Email:  sblankenship@blankenshiplawfirm.com

JOINT STATUS REPORT AND DISCOVERY PLAN (Cause No. C08-5137 RJB)
Page 5

**THE BLANKENSHIP LAW FIRM, P.S.**
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700