**UNITED STATES DISTRICT COURT**
**FOR THE United States District Court for the Western District of Washington**

Russell Trowbridge

                Plaintiff,

v.                                   Case No.: 3:08–cv–05137–RJB

                                                Judge Robert J. Bryan

Nalco Company

                Defendant.

## MINUTE ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION

| | |
|---|---|
| SEVEN DAYS JURY TRIAL set for | May 11, 2009 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | 07/23/2008 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 11/12/2008 |
| All motions related to discovery must be FILED by | 12/22/2008 |
| Discovery COMPLETED by | 01/12/2009 |
| All dispositive motions must be FILED by | 02/10/2009 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | 03/12/2009 |
| Mediation per CR 39.1(c)(3) HELD no later than | 04/13/2009 |
| Letter of compliance as to CR 39.1 FILED by<br>   A roster of Local Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253–882–3824. | 04/20/2009 |
| Motions in limine should be FILED by<br>   and NOTED on the motion calendar no later than the second Friday thereafter. | 04/13/2009 |
| Agreed pretrial order LODGED with the court by | 04/24/2009 |
| Pretrial conference will be HELD on<br>   (COUNSEL SHALL REPORT TO COURTROOM A) | May 1, 2009 at 08:30 AM |
| Trial briefs, proposed voir dire &jury instructions due * | 05/01/2009 |

   *JURY INSTRUCTIONS See Local Civil Rule CR51. A Manual of Model Civil Jury Instructions For the Ninth Circuit – Latest Edition should be used as the format for proposed jury instructions. See www.wawd.uscourts.gov

   PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

   If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

If this case is settled, please advise Dara Kaleel, Courtroom Deputy to Judge Bryan immediately at (253) 882–3824. If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

DATED: June 23, 2008

The foregoing Minute Order entered by /s/ Dara L. Kaleel, Deputy Clerk, BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.