The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL TROWBRIDGE, | No. C08-5137 RJB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF FOR LIMITED PURPOSE OF TAKING SPECIFIED DEPOSITIONS |
| NALCO COMPANY, | |
| Defendant. | |

STIPULATION AND ORDER TO CONTINUE
DISCOVERY CUT-OFF (No. C08-5137 RJB)

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

Plaintiff Russell Trowbridge ("Plaintiff") and Defendant Nalco Company, Inc. ("Defendant"), collectively the "Parties," hereby stipulate and agree as follows:

1. Parties have been cooperating since the onset of this case to coordinate discovery and schedule depositions.

2. A number of the witnesses employed by Defendant reside outside of Seattle: in Eastern Washington, Vancouver, Washington, and others near Defendant's corporate headquarters in Naperville, Illinois, a suburb of Chicago. While Defendant's counsel has been cooperative in accepting service for these individuals, the impending holiday season, and sudden inclement weather (snow) which caused cancellation of all travel for witnesses and counsel has made scheduling depositions extremely difficult. Currently, six witnesses are unavailable until the week of January 12, 2009, and two other witnesses may not be available until the week of January 5, 2009.

3. In addition, Defendant is in the process of producing what is assumed to be a large number of documents pursuant to a written agreement with Plaintiff dated December 9, 2008. Defendants are not yet certain as to when all the documents will be gathered and produced, but Defendant's counsel has indicated that they will begin producing these additional documents beginning Thursday, December 18, 2008. The Defendant will produce the documents on a rolling basis but due to the large volume of discovery, production may not be complete until early January, 2009.. Defendant's document production is not complete to date although Defendant and Plaintiff are both adhering in good faith to the agreement reached December 9, 2008.

4. Lead counsel for Plaintiff and both counsel for Defendant have filed Notices of Unavailability (*See* Docket Nos. 14, 15 and 16), and the Parties' attorneys are collectively unavailable from Monday, December 22, 2008 until Thursday, January 8, 2008.

5. The trial date in this case is May 11, 2009.

STIPULATION AND ORDER TO CONTINUE
DISCOVERY CUT-OFF (No. C08-5137 RJB) — 1

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

6. The current discovery cut-off is January 12, 2009. Parties will have great difficulty completing the depositions identified in this Stipulation within these time constraints.

7. Although Parties have succeeded in forming an agreement to complete discovery without court intervention, because production of documents is not yet complete, , the Parties agree that good causes exists for a continuance of the December 22, 2008 deadline to file discovery related motions until January 9, 2009, for the limited purpose of filing motions relating to the ongoing document production agreed to in the Parties' written agreement dated December 9, 2008.

8. Parties also seek a continuance of the discovery cut off to January 30, 2009 for the limited purpose of taking and completing the depositions identified in this Stipulation.

9. No prior continuance of the discovery cut-off has yet been granted in this matter.

10. Based upon the above-described showing of GOOD CAUSE, the parties stipulate and agree, and respectfully request that the Court so order, that the discovery cut-off be continued to January 30, 2009 for the limited purpose of taking and completing the depositions of Brett Misener, Richard Merriam, Richard Burdett, Kim Bohne, Mary Ann Rivers, Dan Gorman, Jeff McCauley, and Richard White, and that the deadline to file discovery related motions be continued to January 9, 2009 for the limited purpose of filing motions relating to the ongoing document production agreed to in the Parties' written agreement dated December 9, 2008.

STIPULATION AND ORDER TO CONTINUE
DISCOVERY CUT-OFF (No. C08-5137 RJB) — 2

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

It is so STIPULATED this 19th day of December, 2008.

THE BLANKENSHIP LAW FIRM, P.S.               DAVIS WRIGHT TREMAINE LLP

By: s/ Elizabeth Hanley DeLong               By: s/ Jeffrey B. Youmans
    Scott C. G. Blankenship, WSBA No. 21431        Jeffrey B. Youmans, Esq., WSBA No. 26604
    Elizabeth Hanley DeLong, WSBA No. 38233        Sheehan Sullivan Weiss, Esq., WSBA No. 33189
    The Blankenship Law Firm, P.S.                 Davis Wright Tremaine LLP
    1201 Third Avenue, Suite 2880                  1201 Third Avenue, Suite 2200
    Seattle, WA 98101                              Seattle, Washington 98101-3045
    Telephone: (206) 343-2700                      Phone: (206) 622-3150
    Fax: (206) 343-2704                            Fax: (206) 757-7700
    Email:sblankenship@blankenshiplawfirm.com      Email: jeffreyyoumans@dwt.com
        edelong@blankenshiplawfirm.com                sheehansullivanweiss@dwt.com
Attorneys for Plaintiff                          Attorneys for Defendant

IT IS SO ORDERED this _____day of _____, 2008.

                                                        Honorable Robert J. Bryan
                                                        JUDGE
                                                        UNITED STATES DISTRICT COURT

**DECLARATION OF SERVICE**

The undersigned hereby declares under penalty of perjury under the laws of the State of Washington that, on the below date, I mailed or caused delivery and/or electronically filed a true copy of this document, which will send notification of such filing, to the following persons:

Jeffrey B. Youmans, Esq., WSBA No. 26604
jeffreyyoumans@dwt.com
Sheehan Sullivan Weiss, Esq., WSBA No. 33189
sheehansullivanweiss@dwt.com
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 622-3150
Fax: (206) 757-7700

*Attorney for Defendant*

at their regular offices.

DATED this 19th day of Dec, 2008, at Seattle, Washington.

/s/ Scott C.G. Blankenship
Scott C. G. Blankenship, WSBA No. 21431
The Blankenship Law Firm, P.S.
1201 Third Avenue, Suite 2880
Seattle, WA 98101
Telephone: (206) 343-2700
Fax: (206) 343-2704
Email: sblankenship@blankenshiplawfirm.com

STIPULATION AND ORDER TO CONTINUE
DISCOVERY CUT-OFF (No. C08-5137 RJB) — 4

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

cl190601